UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JENNY HWANG, on behalf of herself and
All other similarly situated,

                      Plaintiffs,                      JUDGMENT
      v.                                                             23-CV-1705 (OEM)(RML)

GAVRIEL'S JEWELRY, INC.,

                      Defendant.
----------------------------------------------------------------X

       An Order of the Honorable Orelia E. Merchant, United States District Judge, having been filed on October 19, 2023, adopting the Report and Recommendation of United States Magistrate Judge Robert M. Levy, dated October 3, 2023, dismissing this case for failure to prosecute; it is

       ORDERED and ADJUDGED that the case is dismissed for failure to prosecute; judgment is entered in favor of the Defendant; and this case is closed.

Dated: Brooklyn, New York                                    Brenna B. Mahoney
       October 20, 2023                                         Clerk of Court

                                                        By:    */s/Erin Espinal*
                                                                 Deputy Clerk